ANN K. JOHNSTON, ESQ. (SBN 145022)
ANGELINA SHEPARDSON, ESQ. (SBN 220737)
BERGER KAHN
A Law Corporation
1682 Novato Boulevard, Suite 250
Novato, CA  94947
Tel: (415) 899-1770 • Fax: (415) 899-1769

Attorneys for Defendant
TRANSPORTATION INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SHIRLEY BARBER, | CASE NO.  2:05-CV-00225-WBS-GGH |
| Plaintiff, | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| vs. | |
| TRANSPORTATION INSURANCE CO., and DOES 1 to 50, Inclusive, | |
| Defendants. | |

WHEREAS the parties have settled this matter and have agreed that this action shall be dismissed with prejudice, the parties hereto, by and through their attorneys, do hereby stipulate and request dismissal of this action, in its entirety, with prejudice.

IT IS SO STIPULATED:

Date:  August 18, 2005          **HAYDEL & ORNELLAS**

_____/s/ Douglas A. Haydel_____
DOUGLAS A. HAYDEL
Attorneys for Plaintiff Shirley Barber

BERGER KAHN
A Law Corporation
1682 Novato Blvd., Suite 250
Novato, CA  94947

1

1  DATED: August 18, 2005.                    BERGER KAHN
2                                             A Law Corporation
3
4                                             By:___/s/ Ann K. Johnston_____
                                                    ANN K. JOHNSTON
5                                             Attorneys for Defendant
                                              Transportation Insurance Company
6
7
8          **IT IS SO ORDERED** that the above-captioned case is dismissed.
9
10 Dated:  September 9, 2005
11
                                              WILLIAM B. SHUBB
12                                            UNITED STATES DISTRICT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION OF DISMISSAL                    Case No. 2:05-CV-00225-WBS-GGH